UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | |
| v. | NOTICE OF MOTION |
| MELANIE THOMPSON | FILE NO.: 20-CR-00184-JLS |
| Defendant | |

---

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that upon the Notice of Motion and Affidavit filed separately, Under Seal, the undersigned will move this Court before the Honorable John L. Sinatra, Jr., United States District Judge, for an Order sealing the said Notice of Motion and Affidavit, and for such other relief as may be proper. The Defendant hereby requests that the Court permits the attached Notice of Motion and Affidavit be filed under seal.

Dated:  July 8, 2021
         Hamburg, New York

Respectfully Submitted,

*s/ Daniel J. Henry, Jr.*
Daniel J. Henry, Jr. Esq.
Attorney for *Melanie Thompson*
16 Main Street
Hamburg, New York 14075
(716) 648-0510; F: (716) 648-1806
dhenry@villariniandhenry.com

To:    Hon. John L. Sinatra, Jr.
        United States District Court
        Western District of New York
        2 Niagara Square
        Buffalo, New York 14202-3350

        Jeffrey T. Fiut, Esq.
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202

        Court Clerk
        United States Courthouse
        2 Niagara Square
        Buffalo, New York 14202-3350